Jerial STEWARD, Respondent,

v.

ABU BONDING INC., et al., Defendants;

Abu–2, Inc., Appellant.

No. WD 67540.

Missouri Court of Appeals, Western District.

Oct. 30, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

---

Carl W. Bussey, Kansas City, MO, for Appellant.

John E. Turner, Kansas City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Abu–2 Inc.(Abu–2), a Missouri corporation, appeals from the denial of its motion to set aside a default judgment.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).